■ COLUMBIA BANKING SAVINGS AND LOAN ASSOCIATION, Appellant-Respondent, v 42ND STREET PROPERTIES, INC., et al., Defendants, and CENTRAL LAND DEVELOPMENT CO., INC., Respondent-Appellant. (Appeal No. 1.)—Judgment unanimously affirmed, without costs, on the original memorandum, and the memorandum denying the motion to renew, at Special Term, Lynch, J. (Appeals from judgment of Onondaga Supreme Court—mortgage foreclosure.) Present—Marsh, P. J., Cardamone, Hancock, Jr., Denman, and Witmer, JJ.

■ COLUMBIA BANKING SAVINGS AND LOAN ASSOCIATION, Appellant, v 42ND STREET PROPERTIES, INC., et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed, without costs, on the original memorandum, and the memorandum denying the motion to renew, at Special Term, Lynch, J. (Appeal from judgment of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Cardamone, Hancock, Jr., Denman and Witmer, JJ.

■ COLUMBIA BANKING SAVINGS AND LOAN ASSOCIATION, Appellant, v CENTRAL CITY LAND DEVELOPMENT CO., INC., et al., Respondents. (Appeal No. 3.)—Order unanimously affirmed, without costs, on the memorandum at Special Term, Lynch, J., denying the motion. (Appeal from order of Onondaga Supreme Court—renewal-summary judgment.) Present—Marsh, P. J., Cardamone, Hancock, Jr., Denman and Witmer, JJ.